IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JEFFREY HAUFLER, #794577 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:15cv909 |
| WILLIAM STEPHENS, ET AL. | § | |

## ORDER DENYING EMERGENCY INJUNCTION

Plaintiff Jeffrey Haufler, an inmate confined at the Michael Unit of the Texas prison system, brings this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that Plaintiff's motion for an emergency injunction should be denied. Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by Plaintiff lack merit.

The Court specifically observes that the motion was filed in large part because of problems Plaintiff has experienced since he is being assisted by fellow inmate Kenneth Crissup. For example, mail sent by Plaintiff to Crissup has been confiscated. The Court previously noted that Crissup has a history of abuse of the court system (docket entry #55). The Court will not issue an order that assists Crissup to participate in these court proceedings. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

1

**ORDERED** that the Report and Recommendation (docket entry #53) is **ADOPTED**. It is further

**ORDERED** that Plaintiff's motion for an emergency injunction (docket entry #49) is **DENIED**. Plaintiff's request for a telephonic hearing on this matter is **DENIED**.

**It is SO ORDERED**.

**SIGNED this 4th day of May, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE